UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLANNA WARREN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALKER JOHN & DEBRA TRUST, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01504-APG-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* before the Ninth Circuit Court of Appeals. ECF No. 29. As has been explained to Plaintiff in several other matters, Plaintiff has filed her Motion in the wrong court. Plaintiff **must** file her request in the Ninth Circuit. Plaintiff is again directed to the instructions for filing her Motion before the Ninth Circuit Court of Appeals.

　　　　Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 29) is DENIED without prejudice to allow Plaintiff to re-file her Motion before the Ninth Circuit Court of Appeals.

　　　　Dated this 18th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE