**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN, | Case No.: 2:23-cv-01504-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Closing Case** |
| v. | |
| WALKER JOHN & DEBRA TRUST, et al., | [ECF No. 48] |
| Defendants | |

On January 31, 2025, Magistrate Judge Youchah recommended that I dismiss plaintiff Allanna Warren's claims under the First Amendment and 18 U.S.C. §§ 241, 249, and 1038 with prejudice. ECF No. 48 at 4. Judge Youchah also recommended that I dismiss Warren's state law defamation and false statement claims with prejudice to replead them in federal court, but without prejudice to Warren pursuing those claims in state court. *Id.* at 5. Warren did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 48) is accepted. Plaintiff Allanna Warren's claims under the First Amendment and 18 U.S.C. §§ 241, 249, and 1038 are dismissed with prejudice. Warren's state law defamation and false statement claims are dismissed with prejudice to replead them in federal court, but without prejudice to Warren pursuing those claims in state court.

I FURTHER ORDER the clerk of court to close this case.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE